**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Andrew Hayward Jackson, Jr. v. Fort Bend County, Fort Bend County Drainage District, Fort Bend County Emergency Service District No. 7, Fort Bend County Fresh Water Supply District No. 01, Fort Bend County General Fund, and Fort Bend County Independent School District |
| Appellate case number: | 01-22-00880-CV |
| Trial court case number: | 21-DCV-282688 |
| Trial court: | 240th District Court of Fort Bend County |

Appellant, Andrew Hayward Jackson, Jr., incarcerated and proceeding pro se, filed a notice of appeal from the trial court's October 25, 2022 final judgment. On January 24, 2023, this Court issued an order granting appellant's request to proceed without payment of costs on appeal.

Also on January 24, 2023, appellant filed a "Motion for This Court to Serve Parties." In his motion, appellant requests that the Clerk of this Court "serve all other parties" on appeal with documents filed by appellant, because he is "too poor to serve parties or coordinate service." Service of documents is governed by Texas Rule of Appellate Procedure 9.5 and requires that "[a]t or before the time of a document's filing, the filing party must serve a copy on all parties to the proceeding." TEX. R. APP. P. 9.5(a).

Rule 9.5 further provides the manners of service available to parties. *See* TEX. R. APP. P. 9.5(b). Rule 9.5 stats that any document filed electronically under Rule 9.2 "must be served electronically through the electronic filing manager if the email address of the party or attorney to be served is on file with the electronic filing manager. *See* TEX. R. APP. P. 9.5(b)(1). Rule 9.5 also requires that a "document presented for filing must contain a proof of service in the form of either an acknowledgement of service by the person served or a certificate of service." TEX. R. APP. P. 9.5(d).

While the Court has ordered that appellant be permitted to proceed without payment of costs on appeal, Rule 9.5 does not provide any exceptions to the requirement for service of documents on parties based on indigence. Accordingly, appellant's "Motion for This

Court to Serve Parties" is **denied**.  All documents filed by appellant must comply with the service requirements set out in Rule 9.5.

  It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
       ☑ Acting individually ☐ Acting for the Court

Date: ___January 31, 2023_____